

**FRANCIS · MAILMAN · SOUMILAS**
CONSUMER LAW FIRM                                        P.C.

January 28, 2026

***Via ECF***
Honorable J. Craig M. Straw
United States District Court
Eastern District of Pennsylvania

JOSEPH L. GENTILCORE, ESQ.
1600 MARKET STREET
SUITE 2510
PHILADELPHIA, PA 19103
T: 215-735-8600
F: 215-940-8000
JGENTILCORE@CONSUMERLAWFIRM.COM

> ### *Re: Crump v. Argent Federal Credit Union, No. 2:25-cv-01333*

Dear Judge Straw,

Please accept this correspondence as a clarification of the parties' January 28, 2026 letter, and the parties' request for entry of the Proposed Order appended to their December 24, 205 Joint Stipulation (ECF Nos. 19 and 19-1).  As detailed in the Parties' stipulation (ECF 19), Plaintiff has an account with Defendant that is governed by Defendant's membership and account agreement. *Id.* at ¶ 2.  That agreement contains an arbitration clause requiring that disputes be submitted to private arbitration through with the American Arbitration Association ("AAA").  *Id*. at ¶ 3.  As a result of the agreement to submit this matter to private arbitration with the AAA, and pursuant to 9 U.S.C. § 3, the parties respectfully request that Your Honor approval the parties' stipulation and enter an order staying this matter pending the outcome of that private arbitration.[1]

Counsel for the parties remain available if the Court wishes to hold a conference on this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Joseph L. Gentilcore* | */s/ Mohammad Ghiasuddin* |
| Joseph L. Gentilcore | Mohammad Ghiasuddin, Esquire (Pa. 83925) |
| FRANCIS MAILMAN SOUMILAS PC | MARGOLIS EDELSTEIN |
| 1600 Market St., Suite 2510 | The Curtis Center |
| Philadelphia, PA 19103 | 170 S Independence Mall W, Suite 400E |
| T: 215-735-8600 | Philadelphia PA  19106-3337 |
| E: jgentilcore@consumerlawfirm.com | T: 215-931-5802 |
| *Counsel for Plaintiff* | E: mghiasuddin@margolisedelstein.com |
| | *Counsel for Defendant* |

---

[1] The Federal Arbitration Act requires a stay of proceedings pending arbitration.  *See Smith v. Spizzirri*, 601 U.S. 472, 478 (2024) ("When a district court finds that a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, § 3 of the FAA compels the court to stay the proceeding." *citing* 9 U.S.C. § 3 ("If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration.")